O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-17-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBINSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAPD, et al.,<br><br>　　　　Defendants. | Case No. CV 12-0126-TJH (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file, the Report and Recommendation of the United States Magistrate Judge, and the Supplemental Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation and the Supplemental Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: September 13, 2012

　　　　　　　　　　　　　　　　　　TERRY J. HATTER, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE